UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**05 ─ 10764 NG**

| | |
|---|---|
| TIMOTHY A. YORK, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. NO. |
| | ) BBO NO. 552113 (Pino) |
| JASON FARIA and | ) |
| MANUEL FARIA, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DEFENDANT'S ANSWER AND JURY DEMAND

The Defendants in the above-captioned action, Jason Faria and Manuel Faria (hereinafter the "Defendants"), answer the numbered paragraphs of Plaintiff's Complaint as follows:

1      The Defendants are without sufficient knowledge to either admit or deny the allegations contained in paragraph 1 of Plaintiff's Complaint.

2.      The Defendants admit the allegations contained in paragraph 2 of Plaintiff's Complaint.

3.      The Defendants admit the allegations contained in paragraph 3 of Plaintiff's Complaint.

4.      The Defendants are without sufficient knowledge to either admit or deny the allegations contained in paragraph 4 of Plaintiff's Complaint.

5.      The Defendants admit the allegations contained in paragraph 5 of Plaintiff's Complaint.

6.      The Defendants admit the allegations contained in paragraph 6 of Plaintiff's Complaint.

## COUNT I
### (Negligence v. Jason Faria)

7.      The Defendants repeat and incorporate by reference their responses to paragraphs 1 – 6 of Plaintiff's Complaint as if fully set forth herein.

8.      The Defendants deny the allegations contained in paragraph 8 of Plaintiff's Complaint.

9.      The Defendants deny the allegations contained in paragraph 9 of Plaintiff's Complaint.

10.     The Defendants deny the allegations contained in paragraph 10 of Plaintiff's Complaint.

11.     The Defendants deny the allegations contained in paragraph 11 of Plaintiff's Complaint.

WHEREFORE, the Defendants, Jason Faria and Manuel Faria, request that the Court:

1.      Enter Judgment in their favor and as against the Plaintiff on Count I of Plaintiff's Complaint;

2.      Award the Defendants their costs, including reasonable attorneys' fees; and

3.      Grant such further relief as may be deemed appropriate by the Court.

## COUNT II
### (Negligence v. Manuel Faria)

12.     The Defendants repeat and incorporate by reference their responses to paragraphs 1 – 11 of Plaintiff's Complaint as if fully set forth herein.

13.    The Defendants deny the allegations contained in paragraph 13 of Plaintiff's Complaint.

14.    The Defendants deny the allegations contained in paragraph 14 of Plaintiff's Complaint.

15.    The Defendants deny the allegations contained in paragraph 15 of Plaintiff's Complaint.

16.    The Defendants deny the allegations contained in paragraph 16 of Plaintiff's Complaint.

WHEREFORE, the Defendants, Jason Faria and Manuel Faria, request that the Court:

1.    Enter Judgment in their favor and as against the Plaintiff on Count II of Plaintiff's Complaint;

2.    Award the Defendants their costs, including reasonable attorneys' fees; and

3.    Grant such further relief as may be deemed appropriate by the Court.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

The Plaintiff failed to commence this action when the applicable statute of limitations.

### THIRD DEFENSE

The Plaintiff is guilty of contributory negligence to such a degree as to bar recovery, but if he recovers, any recovery must be reduced pro rata to the extent of Plaintiff said negligence.

3

## FOURTH DEFENSE

If the Plaintiff was injured as alleged, which the Defendant expressly denies, it was not as the result of the action of inactions of the Defendant or anyone for whom the Defendant is legally liable or responsible.

## FIFTH DEFENSE

The Plaintiff, at the time of the alleged accident, was acting in violation of law, regulation or ordinance, said violation was the cause of the Plaintiff's alleged injuries and, therefore, Plaintiff cannot recover in this action.

## SIXTH DEFENSE

There has been an insufficiency of process and an insufficiency of service of process in this action and, therefore, the Plaintiff's Complaint should be dismissed.

## SEVENTH DEFENSE

The Plaintiff's claim for alleged pain and suffering is barred by the applicable provisions of Mass. Gen. L. ch. 231, § 60.

## EIGHTH DEFENSE

The Plaintiff's claim for alleged medical expenses and loss of earnings is barred in whole or in part by the applicable provisions of Mass. Gen. L. ch. 90, § 34M.

## NINTH DEFENSE

The Defendant, Manuel Faria, is not legally responsible for the Defendant Jason Faria's actions as he was not under his control at the time of the accident giving rise to Plaintiff's Complaint nor is the Defendant, Manuel Faria, legally responsible for those actions.

**THE DEFENDANTS DEMAND A TRIAL
BY JURY ON ALL ISSUES SO TRIABLE.**

4

JASON FARIA and
MANUEL FARIA
By their attorney,


_Paul G. Pino_

Paul G. Pino
BBO# 552113
LAW OFFICE OF PAUL G. PINO
1350 Division Road, Suite 104
West Warwick, RI 02893
(401) 827-1250

Dated:  April 8, 2005

## CERTIFICATE OF SERVICE

I, Paul G. Pino, Esquire, hereby certify that on the 8th day of April, 2005, I caused to be served the foregoing document by first class mail, postage prepaid to the following counsel of record:

Charlotte E. Glinka, Esquire
Keches & Mallen, P.C.
122 Dean Street
Taunton, MA 02780


_Paul G. Pino_

Paul G. Pino

5