UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TIMOTHY A. YORK,  )
                 )     05-10764 NG
   Plaintiff,    )
                 )
v.               )     C.A. NO.
                 )     BBO NO. 552113 (Pino)
JASON FARIA and  )
MANUEL FARIA,    )
                 )
   Defendants.   )

## DEFENDANT'S CERTIFICATE OF FILING A COPY OF THE NOTICE OF REMOVAL WITH THE MIDDLESEX SUPERIOR COURT

I, Paul G. Pino, attorney for the Defendant in the above-captioned action, hereby certifies that on the 8th day of April, I caused to be filed a true copy of the foregoing notice, together with a copy of the Notice of Removal mentioned therein, in the Civil Clerk's Office, Middlesex Superior Court, 360 Gorham Street, Lowell, MA 01852.

JASON FARIA and
MANUEL FARIA
By their attorney,

_____
Paul G. Pino
BBO# 552113
LAW OFFICE OF PAUL G. PINO
1350 Division Road, Suite 104
West Warwick, RI 02893
(401) 827-1250

Dated: April 8, 2005

## CERTIFICATE OF SERVICE

I, Paul G. Pino, Esquire, hereby certify that on the 8th day of April, 2005, I caused to be served the foregoing document by first class mail, postage prepaid to the following counsel of record:

Charlotte E. Glinka, Esquire
Keches & Mallen, P.C.
122 Dean Street
Taunton, MA 02780

_____
Paul G. Pino