UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TIMOTHY A. YORK, )
)
Plaintiff, )
) C.A. NO.
v. ) BBO NO. 552113 (Pino)
)
JASON FARIA and )
MANUEL FARIA, )
)
Defendants. )
)

05 10764 NG

### DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL

To:   Charlotte E. Glinka, Esquire
      Keches & Mallen, P.C.
      122 Dean Street
      Taunton, MA 02780

Please take notice that on April 8, 2005, the Defendants in the above-captioned action, Jason Faria and Manuel Faria, filed a **NOTICE OF REMOVAL**, a copy of which is attached hereto, of this action to the United States District Court for the District of Massachusetts, Boston, MA.

You are further advised that the defendant, on filing such Notice of Removal in the Clerk's Office of the United States District Court for the District of Massachusetts also filed copies thereof with the Middlesex County Superior Court Clerk's Office to effect removal pursuant to 28 USC § 1446(d).

        JASON FARIA and
        MANUEL FARIA
        By their attorney,


        _____
        Paul G. Pino
        BBO# 552113
        LAW OFFICE OF PAUL G. PINO
        1350 Division Road, Suite 104
        West Warwick, RI  02893
        (401) 827-1250

Dated:  April 8, 2005

## CERTIFICATE OF SERVICE

  I, Paul G. Pino, Esquire, hereby certify that on the 8th day of April, 2005, I caused to be served the foregoing document by first class mail, postage prepaid to the following counsel of record:

        Charlotte E. Glinka, Esquire
        Keches & Mallen, P.C.
        122 Dean Street
        Taunton, MA 02780


        _____
        Paul G. Pino