UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| TIMOTHY A. YORK, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | C.A. NO. 05-10764-NG<br>BBO NO. 552113 (Pino) |
| JASON FARIA and<br>MANUEL FARIA, | ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1(3)**

We, the undersigned, pursuant to Local Rule 16.1(3), hereby certify that we have conferred regarding the establishment of a budget for the costs of conducting the full course (and various alternative courses) of this litigation, as well as to consider the resolution of the litigation through the use of alternative dispute resolution programs as set forth in Local Rule 16.4.

    JASON FARIA and
    MANUEL FARIA
    By their attorney,


    /s/ Paul G. Pino
    Paul G. Pino
    BBO# 552113
    LAW OFFICE OF PAUL G. PINO
    1350 Division Road, Suite 104
    West Warwick, RI  02893
    (401) 827-1250

Dated: June 27, 2005

2

/s/ Sharon Ironfield
Sharon Ironfield
Senior Claims Representative
Progressive Casualty Ins. Co.

Dated: June 27, 2005

2