UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY A. YORK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. NO. 05-10764-NG |
| v. ) | BBO NO. 552113 (Pino) |
| ) | BBO NO. 559117 (Glinka) |
| JASON FARIA and ) | |
| MANUEL FARIA, ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

The parties in the above-captioned action, Timothy A. York, Jason Faria and Manuel Faria, pursuant to Local Rule 7.1, request that the Scheduling Conference scheduled on December 1, 2005 at 2:00 PM be continued to a date on or after January 2, 2006.

As grounds for this Motion, the parties, state the following:

1. On or about November 17, 2005, the Court notified counsel that a Status Conference had been scheduled on December 1, 2005 at 2:00 PM.

2. Both Plaintiff and Defendants' counsel have longstanding commitments at the same time as the Scheduling Conference. As a result, a scheduling conflict exists between counsels' previously scheduled commitments and the Scheduling Conference.

3. This Motion is made in good faith and not for a dilatory purpose.

2

      WHEREFORE, the parties, Timothy A. York, Jason Faria and Manuel Faria, request that the Court:

    1.    Allow their Joint Motion to Continue the Scheduling Conference from December 1, 2005 at 2:00 PM to a date on or after January 2, 2006; and

    2.    Grant such further relief as may be deemed appropriate by the Court.

| TIMOTHY A. YORK | JASON FARIA and |
| By his attorney, | MANUEL FARIA |
| | By their attorney, |
| /s/ Charlotte E. Glinka | /s/ Paul G. Pino |
| Charlotte E. Glinka | Paul G. Pino |
| BBO# 559117 | BBO# 552113 |
| KECHES & MALLEN, P.C. | LAW OFFICE OF PAUL G. PINO |
| 122 Dean Street | 1350 Division Road, Suite 104 |
| Taunton, MA 02780 | West Warwick, RI 02893 |
| (508) 822-2000 | (401) 827-1250 |

Dated: November 18, 2005