UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TIMOTHY A. YORK, | ) | |
|     Plaintiff | ) | |
| | ) | |
| vs. | ) | C.A. NO. 05-10764-NG |
| | ) | |
| JASON FARIA and | ) | |
| MANUEL FARIA, | ) | |
|     Defendants | ) | |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

The parties, by and through counsel, state that they have conferred in this matter and hereby submit their Joint Statement Pursuant to Local Rule 16.1(D).

A. <u>Proposed Pre-Trial Schedule</u>

    1. Completion of written discovery and fact depositions by: March 15, 2006

    3. Plaintiff's designation of expert witnesses by: April 1, 2006

    4. Defendant's designation of expert witnesses by: May 1, 2006

    5. Expert depositions by: June 1, 2006

    6. Dispositive Motions by: June 15, 2006

    7. Final Pre-Trial Conference by: July 1, 2006

B. The parties have not yet determined whether they will consent to trial by magistrate judge.

C. The plaintiff has presented a written settlement proposal to the defendant.

D. The parties' certifications pursuant to Local Rule 16.1(D)(3) will be submitted.

Respectfully submitted,

| | |
|---|---|
| The plaintiff, | The defendants, |
| By his Attorneys, | By their Attorneys, |
| KECHES & MALLEN, P.C. | LAW OFFICES OF PAUL G. PINO |
| s/Charlotte E. Glinka | s/Paul G. Pino |
| CHARLOTTE E. GLINKA | PAUL G. PINO |
| BBO # 559117 | BBO # 552113 |
| 122 Dean Street | 1350 Division Road, Suite 104 |
| Taunton, MA 02780 | West Warwick, RI 02893 |
| (508) 822-2000 | (401) 827-1250 |

DATED: January 10, 2006
JtStmt-16.1D3