UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TIMOTHY A. YORK,<br>      Plaintiff | )<br>)<br>) | |
| vs. | )<br>) | C.A. NO. 05-10764-NG |
| JASON FARIA and<br>MANUEL FARIA,<br>      Defendants | )<br>)<br>)<br>) | |

### PLAINTIFF'S MOTION TO CONTINUE SCHEDULING CONFERENCE
### (ASSENTED-TO)

The plaintiff hereby respectfully moves to continue the Scheduling Conference in this matter, which is presently scheduled for Monday, February 6, 2006, to either Monday, February 13, 2006, or to Thursday, March 2, 2006. As grounds therefor, the plaintiff states that plaintiff's counsel is scheduled to be out of state on February 6, 2006. Defense counsel assents to this motion and to the two proposed dates for the rescheduling of the conference.

WHEREFORE, the plaintiff respectfully requests that this motion be ALLOWED.

| Respectfully submitted, | Assented to: |
|---|---|
| The plaintiff,<br>By his Attorneys, | The defendants,<br>By their Attorneys, |
| KECHES & MALLEN, P.C. | LAW OFFICES OF PAUL G. PINO |
| /s/ *Charlotte E. Glinka*<br>CHARLOTTE E. GLINKA<br>BBO # 559117<br>122 Dean Street<br>Taunton, MA 02780<br>(508) 822-2000 | /s/ *Paul G. Pino*<br>PAUL G. PINO<br>BBO # 552113<br>1350 Division Road, Suite 104<br>West Warwick, RI 02893<br>(401) 827-1250 |

DATED: January 30, 2006
MotContSchedConf