UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
TIMOTHY A. YORK,              )
                              )
    Plaintiff,                )
                              )   C.A. NO. 05-10764-NG
v.                            )   BBO NO. 552113 (Pino)
                              )
JASON FARIA and               )
MANUEL FARIA,                 )
                              )
    Defendants.               )
_____)


### STIPULATION OF DISMISSAL

The parties in the above-captioned action hereby stipulate to the dismissal of this action with prejudice, without interest and costs and all rights of appeal being waived.

| | |
|---|---|
| TIMOTHY A. YORK | JASON FARIA and |
| By his attorney, | MANUEL FARIA |
| | By their attorney, |

/s/ Charlotte E. Glinka_____     /s/ Paul G. Pino_____
Charlotte E. Glinka                      Paul G. Pino
BBO #559117                              BBO# 552113
KECHES & MALLEN, P.C.                    LAW OFFICE OF PAUL G. PINO
122 Dean Street                          1350 Division Road, Suite 104
Taunton, MA  02780                       West Warwick, RI  02893
(508) 822-2000                           (401) 827-1250

Dated:  June 28, 2006